Copy

Second Administrative Judicial Court   81,290-01
Attn: Clerk

In re: Cause No. CR-27,979
State Of Texas v. Weldon Bridges

On or about the 27th day of July, 2015, the Appellant WELDON BRIDGES filed a Notice Of Appeal within this cause, upon the Order Denying Motion For Leave To File: Objection To Assigned Judge.

Please forward to the correct Appellate Court as required by law. As a Writ Of Quo Warranto has been filed at the Criminal Court Of Appeals Texas, noting this appeal pending, and may complete review.

I dilligently await the filing and appellant courts case number to complete all appellate requirements.

Respectfully Submitted

Weldon Bridges

WELDON BRIDGES
Appellant Pro se.
9D55 Spur 591
Amarillo, Texas 79107

Signed 8-20-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

cc. file